OPINION — AG — WHILE CERTAIN TRUSTS FORMED UNDER THE PROVISIONS OF 60 O.S. 1961 176-180 [60-176] — [60-180] COME WITHIN THE PURVIEW OF 60 O.S. 1963 Supp., 180.1-180.3 [60-180.1] — [60-180.3] AND HENCE SHOULD BE FOLLOW THE REPORTING PROVISION THEREOF, WE ARE OF THE FURTHER OPINION THAT URBAN RENEWAL AUTHORITIES CREATED IN THE THREE URBAN REDEVELOPMENT ACTS OR LAWS, ABOVE REFERRED TO, DO NOT COME WITHIN THE PURVIEW OF SAID 1963 ACT, AND HENCE NEED NOT FOLLOW THE REPORTING PROVISIONS THEREOF. (ANNUAL AUDIT) CITE: 11 O.S. 1961 1601-1620 [11-1601] — [11-1620], 11 O.S. 1961 1651-1670 [11-1651] — [11-1670], 11 O.S. 1961 1601-1620 [11-1601] — [11-1620], 11 O.S. 1961 1651-1670 [11-1651] — [11-1670] 11 O.S. 1961 1701-1718 [11-1701] — [11-1708] (FRED HANSEN)